1  LAW OFFICE OF JEFFREY D. FULTON
   Jeffrey D. Fulton (Bar No. 206466)
2  331 J Street, Suite 200
   Sacramento, California  95814
3  Telephone:  (916) 441-5566
   Facsimile:   (916) 441-5575
4
   POSWALL, WHITE & CUTLER
5  R. Parker White (Bar No. 95579)
   William L. Brelsford, Jr. (Bar No. 202839)
6  1001 G St Ste 301
   Sacramento, CA 95814
7  Telephone:  (916) 449-1300
   Facsimile:   (916) 449-1320
8
   Attorneys for Plaintiffs
9  RUTH GALTIERI-CARLSON;
   DEANA GALTIERI; and
10 CHRISTIAN GALTIERI-BROWN

11                  IN THE UNITED STATES DISTRICT COURT

12                  EASTERN DISTRICT OF CALIFORNIA

13

14 RUTH GALTIERI-CARLSON, DEANNA            CASE NO.   2:08-CV-1777 FCD GGH
   GALTIERI, and DEANNA GALTIERI as
15 Guardian ad Litem for CHRISTIAN          **STIPULATION AND ORDER FOR
   GALTIERI-BROWN                           PLAINTIFFS TO FILE A FIRST
16                                          AMENDED COMPLAINT FOR
                Plaintiffs,                 DAMAGES**
17
          v.
18
   VICTORIA M. MORTON ENTERPRISES,
19 INC.; VICTORIA M. MORTON, individually;
   SUDDENLY SLENDER; SUDDENLY
20 SLENDER INTERNATIONAL; DOES 1
   through 100; and ROES 101 through 200,
21 INCLUSIVE,

22              Defendants.

23

24      IT IS HEREBY STIPULATED BETWEEN THE PARTIES that:

25      1.      Plaintiffs RUTH GALTIERI-CARLSON, DEANNA GALTIERI, and DEANNA

26 GALTIERI as Guardian ad Litem for CHRISTIAN GALTIERI-BROWN, will file a First

27 Amended Complaint for Damages consistent with this Court's ruling and Order in the related

28

case of <u>Dillard, et al., vs. Victoria M. Morton Enterprises, Inc., et al.,</u> Case No. 2:08-CV-1339-FCD-GGH; and

2.    The responsive pleading by Defendants VICTORIA M. MORTON ENTERPRISES, INC.; VICTORIA M. MORTON, individually;  SUDDENLY SLENDER; and SUDDENLY SLENDER INTERNATIONAL will be filed and served within 30 days of the date of filing of the First Amended Complaint for Damages.

Dated:  October 24, 2008                    POSWALL, WHITE & CUTLER



By:    ____/s/_____

William Brelsford

Attorneys  for  Plaintiffs,  RUTH  GALTIERI-CARLSON, DEANNA GALTIERI, and DEANNA GALTIERI as Guardian ad Litem for CHRISTIAN GALTIERI-BROWN


Dated:  October 24, 2008                    LAPLANTE, SPINELLI DONALD & NOTT



By:    _____/s/_____
John Laplante

Attorneys   for   Defendants   VICTORIA   M. MORTON ENTERPRISES, INC.; VICTORIA M. MORTON, individually;  SUDDENLY SLENDER; SUDDENLY SLENDER INTERNATIONAL

IT IS SO ORDERED.

Dated:  October 31, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE PLAINTIFFS FILING FIRST AMENDED COMPLAINT FOR DAMAGES