```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

MARILYN DILLARD, et al.,

       Plaintiffs,                   No. CIV S-08-1339 FCD GGH PS

    vs.

VICTORIA M. MORTON
ENTERPRISES, et al.,

       Defendants.               <u>ORDER TO SHOW CAUSE</u>

_____/

RUTH GALTIERI-CARLSON, et al.,

       Plaintiffs,                   No. CIV S-08-1777 FCD GGH PS

    vs.

VICTORIA M. MORTON
ENTERPRISES, et al.,

       Defendants.

_____/

       Plaintiffs have filed a request for entry of default which refers to a voice mail

1

1  message from defendant Victoria Morton, in which she refers to her bankruptcy proceedings,
2  both personal and corporate.
3         Accordingly, IT IS ORDERED that: by September 2, 2009, plaintiffs shall show
4  cause in writing why these actions should not be stayed pending conclusion of bankruptcy
5  proceedings.
6  DATED: August 19, 2009                    /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             U. S. MAGISTRATE JUDGE
8  GGH:076:Dillard1339.osc.wpd